IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donna Litschgi,                              :
                                             :
            Plaintiff(s),                    :
                                             :    Case Number: 1:10cv811
      vs.                                    :
                                             :    Chief Judge Susan J. Dlott
Commissioner of Social Security,             :
                                             :
            Defendant(s).                    :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on November 22, 2011(Doc. 16), to whom this case was

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 9, 2011,

hereby ADOPTS said Report and Recommendation.

Accordingly, the defendant's decision is SUPPORTED BY SUBSTANTIAL

EVIDENCE and is AFFIRMED.  This case is hereby **TERMINATED.**

IT IS SO ORDERED.



_____**s/Susan J. Dlott**_____
Chief Judge Susan J. Dlott
United States District Court